UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:12-cr-00255-MMD-RJJ |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| DAVID COLEMAN, | |
| Defendant. | |

Defendant, David Coleman, having appeared in Court on June 19, 2014, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant shall reside at the Residential Re-entry Center for a period of up to three months as approved and directed by the probation officer.

DATED this 19th day of June, 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT COURT JUDGE